☑ **AMENDED**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re: **James Darrell Crump**　　　　　　　　　　　　　Case No. **19-21728**

Debtors:　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

## AMENDED CHAPTER 13 PLAN

**ADDRESS:** (1) 1596 Havanna St., Apt. 6　　　　(2) _____
　　　　　　　　Memphis, TN 38106

**PLAN PAYMENT:**

Debtor(1) shall pay $ **89.00** ☑ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☑ PAYROLL DEDUCTION From: **PSC Staffing**　　　　OR ( ) DIRECT PAY

Debtor(2) shall pay $ _____ ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ PAYROLL DEDUCTION From: _____　　　　OR ( ) DIRECT PAY

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]　　☐ YES　☑ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION　　☑ YES　☐ NO
OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].　　☐ YES　☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**　　　　　　　　　　　　　　　　　　　　　　Monthly Plan Payment:

| | | | |
|---|---|---|---|
| Shelby County Child Support Office | Paid by: ☐ Debtor(s) directly ☑ Wage Assignment, OR ☐ Trustee to: ongoing payment begins | To be paid outside plan via Wage Assignment | $0.00 |
| | Approximate arrearage: | 0.00 | $0.00 |
| Shelby County Child Support Office | Paid by: ☐ Debtor(s) directly ☑ Wage Assignment, OR ☐ Trustee to: ongoing payment begins | To be paid outside plan via Wage Assignment | $0.00 |
| | Approximate arrearage: | 0.00 | $0.00 |

**5. PRIORITY CLAIMS:**

Internal Revenue Service　　　　　　　Amount **4,500.00**　　　　　　　$ **75.00**

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☐ Paid by Trustee to:

| None | ongoing payment begins | | $ |
|---|---|---|---|
| | Approximate arrearage: | Interest | $ |

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| Big Lots | 500.00 | 7.25 | $10.00 |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Claim: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Summer Automart** | 4,511.86 | 24.90 | $133.00 |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                         Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

|  | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **General Sessions Criminal Ct (Class 1)** | 3,000.00 | 0.00 | $50.00 |
| **Stanley Williams** | 550.00 | 0.00 | $15.00 |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

**None** _____    ☐ Not provided for  OR  ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $6,717.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐   0.00   %, OR,
☑   THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

**Stanley Wright: Residential Lease**            ☑ Assumes  OR  ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ B. David Sweeney                                    Date **March 13, 2019**
B. David Sweeney 012821
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)